UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

CRYSTAL CROWE,                          )
                                        )
    PLAINTIFF                           )
                                        )   ELECTRONICALLY FILED
v.                                      )   Case No. 4:09-cv-32 M
                                        )
CREDIT BUREAU SYSTEMS, INC.,            )
                                        )
    DEFENDANT                           )

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the Court, as evidenced by the signatures of counsel for the parties hereon, that the parties are in agreement with regard to the matters set forth herein, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED and DIRECTED that this matter be and hereby is dismissed with prejudice.

AGREED TO:

_____
STEVEN C. SHANE, ESQ.
ATTORNEY FOR PLAINTIFF

_____
BRIAN S. KATZ, ESQ.
ATTORNEY FOR DEFENDANT

Cc:   Counsel